1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL LOGAN, ) | CIVIL NO. 2:11-cv-02429 DAD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including May 25, 2012.  This extension is being sought because the undersigned counsel for the Commissioner began mentoring a newly hired attorney on this matter between the time Plaintiff filed his brief on March 26 and April 25, 2012.  Given this situation, Counsel respectfully requests that 30 additional days are necessary in order to complete the Commissioner's response to Plaintiff's Opening Brief.

///

///

1
2  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
3
4                                             Respectfully submitted,
5
                                              */s/Lawrence D. Rohlfing*
   Dated: April 24, 2012                      LAWRENCE D. ROHLFING
6                                             (as authorized via email)
                                              Attorney at Law
7
                                              Attorney for Plaintiff
8
9
   Dated: April 24, 2012                      BENJAMIN B. WAGNER
10                                            United States Attorney
                                              DONNA L. CALVERT
11                                            Acting Regional Chief Counsel, Region IX
                                              Social Security Administration
12
                              By:
13
                                               */s/ Elizabeth Firer*
                                              ELIZABETH FIRER
14                                            Special Assistant U.S. Attorney
15                                            Attorneys for Defendant
16
17                                  **ORDER**
18
        APPROVED AND SO ORDERED.
19
   DATED: April 24, 2012.
20
21
                                              _____
22                                            DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE
23
24
25
   DDAD1\orders.soc sec
26 logan2429.stipeot.ord.wpd
27
28

                                    2