1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
10

                              SACRAMENTO DIVISION
11

12  CRYSTAL LOGAN,                )
                                  )      CIVIL NO. 2:11-cv-02429 DAD
13          Plaintiff,            )
                                  )
14              v.                )      STIPULATION AND ORDER TO EXTEND
                                  )      TIME
15  MICHAEL J. ASTRUE,            )
    Commissioner of              )
16  Social Security,              )
                                  )
17          Defendant.            )
    _____)
18

19          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's

21  Opening Brief up to and including May 25, 2012.  This extension is being sought because the undersigned

22  counsel for the Commissioner began mentoring a newly hired attorney on this matter between the time

23  Plaintiff filed his brief on March 26 and April 25, 2012.  Given this situation, Counsel respectfully requests

24  that 30 additional days are necessary in order to complete the Commissioner's response to Plaintiff's

25  Opening Brief.

26  ///

27  ///

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 24, 2012        */s/Lawrence D. Rohlfing*
                            LAWRENCE D. ROHLFING
                            (as authorized via email)
                            Attorney at Law

                            Attorney for Plaintiff

Dated: April 24, 2012        BENJAMIN B. WAGNER
                            United States Attorney
                            DONNA L. CALVERT
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                      By:
                            */s/ Elizabeth Firer*
                            ELIZABETH FIRER
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: April 24, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec
logan2429.stipeot.ord.wpd

2